In the Matter of MAX S. REBARBER, an Attorney.— Reference ordered to

Hon. Jacob Marks, official referee. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the CITY OF NEW YORK: In re Premises Situated between Suburban Place and East One Hundred and Seventy-third Street, Crotona Park East and Boston Road. Matter of MARY V. HICKS.— Motion granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.